1

2 THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
3 4000 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
4 (702) 735-1500
Attorney for Debtor
5 Nevada State Bar no. 5970

6                    UNITED STATES BANKRUPTCY COURT

7                         DISTRICT OF NEVADA

8                            * * * * * *

9 In re:
CRAIG ROSENSTEIN &                  )    BANKRUPTCY NUMBER:
10 AUDREY ROSENSTEIN                  )    BK-S-09-25742-BAM
                                      )       Chapter 13
11                                    )
                                      )
                 Debtor.              )
12 ─────────────────────────────      )    Date: N/A
                                      )    Time: N/A
13       APPLICATION TO VOLUNTARILY DISMISS CHAPTER 13 PETITION

14       The application of the above-named Debtor respectfully
15 represents:

16       1. A Voluntary Petition for relief under Chapter 13 of
17 Title 11 of the United States Bankruptcy code was filed herein
18 on or about AUGUST 26  2009.

19       2. The Debtor is qualified to request the dismissal of
20 this case under the provisions of section 1307(b) of the United
21 States Code in that they no longer needs the protection of this
22 Court.

23       WHEREFORE, the applicant prays that the Order for relief
24 resulting from the filing of the Voluntary Chapter 13 Bankruptcy
25 Petition be set aside and that the Debtor's Voluntary Petition
26 for relief under Chapter 13 of the Bankruptcy Code be dismissed

27

1

2  without prejudice and for such other and further relief as the

3  Court may deem just and proper in the premises.

4

5      DATED this _____ of _____, 2009.

6

7

8                                              THE LAW OFFICES OF
                                               RANDOLPH H. GOLDBERG
9                                              By__/s/RANDOLPH GOLDBERG/s/
                                                 RANDOLPH H. GOLDBERG, ESQ.
10                                               4000 S. Eastern, Suite 200
                                                 Las Vegas, Nevada 89119
11                                               Attorney for Debtor

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

2                                  **VERIFICATION**

3    STATE OF NEVADA          )
                               ss:
4    COUNTY OF CLARK          )

5           CRAIG & AUDREY ROSENSTEIN, being first duly sworn,
            deposes and says:
6
            That they are the debtors in the above-entitled
7
     action; that he has read the foregoing Application to
8
     Dismiss the Voluntary Chapter 13 Petition and knows the
9
     contents thereof, and that the same is true of his own
10
     knowledge except for those matters therein stated on
11
     information and belief and as for those matters he believes
12
     them to be true.
13
     /S/ CRAIG ROSENSTEIN
14
     CRAIG ROSESTEIN, DEBTOR
15

16

17
     /S/ AUDREY ROSENSTEIN
18
     AUDREY ROSENSTEIN, DEBTOR
19

20
     SUBSCRIBED and SWORN to before me
21
     this 18TH  day of SEPTEMBER, 2009.
22

23
     /s/ADAM PARMELEE/s/_____
24
     NOTARY PUBLIC in and for said
25   County and State.

26                                              .

27